FILED: May 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-6781
(1:07-cr-00518-JFM-1)
(1:10-cv-00706-JFM)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CORTEZ FISHER

      Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

/s/Patricia S. Connor, Clerk