# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CORTEZ FISHER | : | |
|     Petitioner | : | |
| | : | |
| v. | : | Crim. No: JFM -07-0518 |
| | : | Civil No.   JFM -10-0706 |
| | : | |
| UNITED STATES of AMERICA, | : | |
|     Respondent | : | |

**MOTION TO WITHDRAW**

NOW COMES undersigned counsel and respectfully requests that she be permitted to withdraw as counsel in the above captioned matter.  In support of this Motion, Counsel states:

1. The undersigned was appointed to represent Mr. Fisher on June 29, 2010 in his proceedings under 28 U.S.C. §2255.  Eventually, Mr. Fisher's conviction and sentence were vacated by the Fourth Circuit Court of Appeals, and remanded to this Court.  On September 30, 2013, the undersigned was reappointed in this Court to resolve any outstanding matters related to her representation of Mr. Fisher on the 28 U.S.C. §2255 proceedings.

2. The undersigned is a member of the CJA panel for §2255 proceedings only. This matter now requires the appointment of a member of the CJA panel qualified to handle trials before this Court.  The undersigned has spoken with the CJA coordinating attorney who is prepared to make the appointment upon the Court's resolution of the instant Motion to Withdraw.

WHEREFORE, counsel respectfully requests permission to withdraw as counsel in this matter.

Respectfully submitted,

_____/s/_____
Marta K. Kahn
The Law Office of Marta K. Kahn, LLC
8 E. Mulberry St.
Baltimore, MD 21202
(ph.) 410-299-6966
(fx.) 443-927-7216

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2013, a copy of the foregoing Motion to Withdraw was served on Jack Purcell, Assistant United States Attorney, via ECF.

_____/s/_____

Marta K. Kahn